IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 JUL 18  AM 11:44

CLERK
SO. DIST. OF GA.

KENDAL MOSES,

    Plaintiff,

v.

ANN MCNELLIS ELMORE, MR.
GRANT, JEFFREY OLIVER,
SHIRITA SOMNER, DANIEL M.
KING,

    Defendants.

CASE NO. CV412-088

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 1983 complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of July 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA